MILDRED KOZAK, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 52514.) RUDOLPH KOZAK, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 52513.) —

Present — Goldman, P. J., Marsh, Gabrielli and Moule, JJ.